# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL CUEVAS,
                Appellant,

vs.

YVETTE RODRIGUEZ,
                Respondent.

No. 82659

**FILED**

MAY 20 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Dedree Butler, District Judge, Family Court Division
       Israel Kunin, Settlement Judge
       McFarling Law Group
       Willick Law Group
       Eighth District Court Clerk

21-14524